**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Kidville Opco, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 84-4152598 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | PO Box 3827 |
| Number       Street | Number       Street |
| | P.O. Box |
| City                State        ZIP Code | New York                NY        10163 |
| | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| | 2 Barron Place |
| County | Number       Street |
| | Rye                NY        10580 |
| | City                State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.kidville.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Kidville Opco, LLC
       Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

6116

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                           MM / DD / YYYY

            District _____    When _____    Case number _____
                                             MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    Debtor    Kidville Franchise Company, LLC    Relationship    Affiliate

        District    SDNY    When    08/08/2020
                                        MM / DD / YYYY

        Case number, if known _____

---

| Debtor | Kidville Opco, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                        State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  Kidville Opco, LLC
        _____   Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/08/2020
             MM / DD / YYYY

✖ /s/ Harry R. Harwood Jr.
   Signature of authorized representative of debtor

Harry R. Harwood Jr.
Printed name

Title  Authorized Signatory

**18. Signature of attorney**

✖ /s/ Elise S. Frejka
   Signature of attorney for debtor

Date  08/08/2020
      MM / DD / YYYY

Elise S. Frejka
Printed name

Frejka PLLC
Firm name

420 Lexington Avenue Suite 310
Number      Street

New York                                    NY          10170
City                                        State       ZIP Code

(212) 641-0800                              efrejka@frejka.com
Contact phone                              Email address

EF6896                                      NY
Bar number                                  State

Debtor _____     Case number *(if known)*_____
      First Name     Middle Name     Last Name

## <u>Continuation Sheet for Official Form 201</u>

**10) Pending Bankruptcies**

| | | |
|---|---|---|
| **Kidville NY, LLC** | **SDNY** | **08/08/2020** |
| **Kidville Bethesda, LLC** | **SDNY** | **08/08/2020** |
| **Kidville Union Square, LLC** | **SDNY** | **08/08/2020** |
| **Kidville Garden City, LLC** | **SDNY** | **08/08/2020** |
| **Kidville Lincoln Park, LLC** | **SDNY** | **08/08/2020** |
| **Kidville Brentwood, LLC** | **SDNY** | **08/08/2020** |

| Fill in this information to identify the case: |
| --- |
| Debtor name      Kidville Opco, LLC |
| United States Bankruptcy Court for the: Southern District of New York |
| (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................... $ _____ 8,792.35

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................... $ _____ 8,792.35

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................. $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ $ _____ 2,177.84

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................... **+** $ _____ 496,798.02

4. **Total liabilities** ....................................................................................... $ _____ 498,975.86
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Kidville Opco, LLC

United States Bankruptcy Court for the:   Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | $ 0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Customers Bank | Checking | 3 8 3 5 | $ 3,992.61 |
| 3.2. | JPMorgan Chase Bank N.A. | Checking | 6 5 0 0 | $ 3,211.99 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 7,204.60

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor ___Kidville Opco, LLC___   Case number *(if known)*_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Paycom - Payment for 2020 W2s _____   $ 1,587.75 _____

8.2. _____   $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $ 1,587.75 _____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ − _____ = ........➜   $ _____
                              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       _____ − _____ = ........➜   $ _____
                              face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ _____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. Kidville Garden City, LLC          100 %              _____   $ 0.00 _____

15.2. See continuation sheet             _____ %            _____   $ 0.00 _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.            $ 0.00 _____

---

Debtor    Kidville Opco, LLC    Case number (if known)_____
            Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Kidville Opco, LLC
_____    Case number (*if known*)_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Kidville Opco, LLC
   Name                          Case number *(if known)*_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Kidville Opco, LLC    Case number (if known)_____
          Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | $ 0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See Schedule A/B Part 10, Question 60 Attachment | $_____ | _____ | Unknown $_____ |
| 61. **Internet domain names and websites** See Schedule A/B Part 10, Question 61 Attachment | $_____ | _____ | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** Goodwill associated with acquisition from Kidville Inc. | $ 1,000,000.00 | _____ | Unknown $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    | $ 0.00 |

Debtor    Kidville Opco, LLC
_____    Case number (if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Kidville Opco, LLC
Name _____   Case number *(if known)*_____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 7,204.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,587.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 8,792.35 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................. $ 8,792.35   | $ 8,792.35 |

Debtor 1     Kidville Opco, LLC                                 Case number *(if known)*_____

First Name     Middle Name     Last Name

## Continuation Sheet for Official Form 206 A/B

**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | | |
|---|---|---|
| **Kidville Franchise Company, LLC** | **100%** | **0.00** |
| **Kidville Lincoln Park, LLC** | **100%** | **0.00** |
| **Kidville NY, LLC** | **100%** | **0.00** |
| **Kidville Brentwood, LLC** | **100%** | **0.00** |
| **Kidville Union Square, LLC** | **100%** | **0.00** |
| **Kidville Bethesda, LLC** | **100%** | **0.00** |

**Fill in this information to identify the case:**

Debtor name _____Kidville Opco, LLC_____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number    _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Fill in this information to identify the case: |
| --- |

Debtor    Kidville Opco, LLC

United States Bankruptcy Court for the:   Southern District of New York

Case number
(if known)  _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address
Adriana Gonzalez
40 Amsterdam Avenue
Apt. 13F
New York, NY, 10023

As of the petition filing date, the claim is: $ 4.99     $ 4.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/12/2020

Basis for the claim:
Deposits by individuals

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.2** Priority creditor's name and mailing address
Alma Leon
225 Willow Lane
Valley Stream, NY, 11580

As of the petition filing date, the claim is: $ 267.00     $ 267.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
6/12/2020

Basis for the claim:
Deposits by individuals

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.3** Priority creditor's name and mailing address
Andrea Fiore
511 East 80th Street
Apt. 9G
New York, NY, 10075

As of the petition filing date, the claim is: $ 7.47     $ 7.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/13/2020

Basis for the claim:
Deposits by individuals

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

Debtor _____
Kidville Opco, LLC
Name

Case number *(if known)* _____

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.**⁴  **Priority creditor's name and mailing address**
Aneliya Crawford
510 West 52nd Street
Apt PH1H
New York, NY, 10019

$ 178.00          $ 178.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/27/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.**⁵  **Priority creditor's name and mailing address**
Aysylu Mardanova
3311 Riverview Ave
Englewood, NJ, 07631

$ 19.92          $ 19.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
05/18/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.**⁶  **Priority creditor's name and mailing address**
Camille Matlack
33 Caton Place
Unit 3J
Brooklyn, NY, 11218

$ 31.99          $ 31.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/20/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.**⁷  **Priority creditor's name and mailing address**
Camille Wynn
125 Delancey Street
PH02
New York, NY, 10002

$ 19.92          $ 19.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/18/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 20

Debtor    Kdville Opco, LLC
          Name

Case number (if known)

---

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.8 Priority creditor's name and mailing address**

Christina Giuliani
550 West 54th Street
Unit 31B
New York, NY, 10019

$ 89.00    $ 89.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/24/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.9 Priority creditor's name and mailing address**

Christine Hendon
2631 Arlington Ave
Bronx, NY, 10463

$ 9.96    $ 9.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/14/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.10 Priority creditor's name and mailing address**

Courtney McGraw
PO Box 146
Edgewater, NJ, 07020

$ 15.98    $ 15.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/16/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.11 Priority creditor's name and mailing address**

Courtney Statfeld
305 East 86th Street
Apt. 22GW
New York, NY, 10028

$ 133.50    $ 133.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/25/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

| Debtor | Ridville Opco, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.12** Priority creditor's name and mailing address
Dana Mazo
100 Jay Stree
Unit 30D
Brooklyn, NY, 11201

$ 7.47     $ 7.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
05/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**2.13** Priority creditor's name and mailing address
Darryl Chiang
940 Park Avenue
Apt. 7B
New York, NY, 10028

$ 19.92     $ 19.92

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/18/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**2.14** Priority creditor's name and mailing address
David Choi
110 West 90th Street
#5C
New York, NY, 10024

$ 9.96     $ 9.96

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/14/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**2.15** Priority creditor's name and mailing address
Emma Ye
408 W Main St
Unit 3C
Alhambra, CA, 91801

$ 29.88     $ 29.88

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/22/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

Debtor ___Kidville Opco, LLC___
          Name

Case number (if known) _____

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.16   Priority creditor's name and mailing address

Ester Vallet
350 West 42nd St.
Apt. 55D
New York, NY, 10036

Total claim: $ 24.90    Priority amount: $ 24.90

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/20/20

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.17   Priority creditor's name and mailing address

Eva Bonime
180 West End Avenue
Apt. 3F
New York, NY, 10023

Total claim: $ 133.50    Priority amount: $ 133.50

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/17/2020

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.18   Priority creditor's name and mailing address

Jason Hsu
150 East 37th Street
Apt. PHA
New York, NY, 10016

Total claim: $ 19.92    Priority amount: $ 19.92

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/18/2020

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.19   Priority creditor's name and mailing address

Jeanette MacLean
371 Sargent Road
Boxborough, MA, 01719

Total claim: $ 89.00    Priority amount: $ 89.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/21/2020

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Kidville Opco, LLC__
          Name

Case number (if known) _____

---

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20** | **Priority creditor's name and mailing address**

Jessica DuLong
375 Lincoln Pl.
#4B
Brooklyn, NY, 11238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

$ 23.99    $ 23.99

---

**2.21** | **Priority creditor's name and mailing address**

Jessica Holmes
555 West 53rd Street
Apt. 1062
New York, NY, 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/20/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

$ 66.75    $ 66.75

---

**2.22** | **Priority creditor's name and mailing address**

Jessica Van Dalsum
11 Dustin Dr
Nashua, NH, 03062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
06/22/20

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

$ 29.88    $ 29.88

---

**2.23** | **Priority creditor's name and mailing address**

Josh Diamond
414 Albemarle Road
#5D
Brooklyn, NY, 11218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/21/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

$ 27.39    $ 27.39

---

| Debtor | Ridville Opco, LLC | Case number (if known) |
|---|---|---|
| | Name | |

Ridville Opco, LLC

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | $ 12.45 | $ 12.45 |

**2.24  Priority creditor's name and mailing address**

Judy Minkoff
529 W. 42nd Street
Apt 8Z
New York, NY, 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/15/2020

**Basis for the claim:**

Deposits by individuals

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | $ 22.41 | $ 22.41 |

**2.25  Priority creditor's name and mailing address**

Juleen Yeoh
290 West End Ave
Apt. 7C
New York, NY, 10023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/19/2020

**Basis for the claim:**

Deposits by individuals

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | $ 12.45 | $ 12.45 |

**2.26  Priority creditor's name and mailing address**

Kathryn Roland
67 Hilton Ave
C4
Garden City, NY, 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/15/2020

**Basis for the claim:**

Deposits by individuals

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|
| | $ 7.47 | $ 7.47 |

**2.27  Priority creditor's name and mailing address**

Kingston Arrington
7067 Hawthorn Avenue
Apt 12
Los Angeles, CA, 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/13/2020

**Basis for the claim:**

Deposits by individuals

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ____Kidville Opco, LLC____
          Name

Case number (if known) _____

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.28  Priority creditor's name and mailing address**
Kumiko Matsumoto
7701 Woodmont Ave
#303
Bethesda, MD, 20814

$ 12.45            $ 12.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/15/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.29  Priority creditor's name and mailing address**
Larisa Courtien
68-46 Clyde Street
Forest Hills, NY, 11375

$ 24.90            $ 24.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/20/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.30  Priority creditor's name and mailing address**
Lia Simmons
1 Citoen Way
Apt. 13F
Parsippany, NJ, 07054

$ 4.99            $ 4.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
05/12/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.31  Priority creditor's name and mailing address**
Libby Tuttle
424 White Oak Drive
Morton, IL, 61550

$ 7.47            $ 7.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

Debtor  Kidville Opco, LLC
_____
Name

Case number (if known) _____

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.32  Priority creditor's name and mailing address**

Lin Jiao
10833 Wilshire Blvd/
Apt. 516
Los Angeles, CA, 90024

Total claim: $23.99    Priority amount: $23.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/14/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.33  Priority creditor's name and mailing address**

Lisa Zucker
Lisa Cuzmici
978 Shelburne Drive
Franklin Square, NY, 11010

Total claim: $267.00    Priority amount: $267.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/12/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.34  Priority creditor's name and mailing address**

Lisa Zucker
15 Phyllis Place
Randolph, NJ, 07869

Total claim: $4.99    Priority amount: $4.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/12/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.35  Priority creditor's name and mailing address**

Meghan Carrelli
6 Fernwood Road
Summit, NJ, 07901

Total claim: $7.47    Priority amount: $7.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
05/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

Debtor    Ridville Opco, LLC
          Name

Case number (if known) _____

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.36**  Priority creditor's name and mailing address

Melissa Patel
36 Hickory Street
Metuchen, NJ, 08840

Total claim: $ 17.43    Priority amount: $ 17.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/17/20

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.37**  Priority creditor's name and mailing address

Michelle Michael
225 West 60th Street
Apt 12B
New York, NY, 10023

Total claim: $ 17.43    Priority amount: $ 17.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/17/2020

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.38**  Priority creditor's name and mailing address

Mihoko Kondo
22 Fairview Ave
Unit 2H
New York, NY, 10040

Total claim: $ 23.99    Priority amount: $ 23.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/19/20

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.39**  Priority creditor's name and mailing address

Natalie Fleming
7717 Chatham Road
Chevy Chase, MD, 20815

Total claim: $ 15.98    Priority amount: $ 15.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/12/2020

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

Debtor ___Kidville Opco, LLC___
        Name

Case number (if known) _____

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.40** **Priority creditor's name and mailing address**

Natalie Olivier
5207 S Indiana Ave
Unit 3
Chicago, IL, 60615

$ 19.92          $ 19.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/18/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _7_ )

---

**2.41** **Priority creditor's name and mailing address**

Natasa Simovska-Poposki
555 West 52nd Street

New York, NY, 10019

$ 7.47          $ 7.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _7_ )

---

**2.42** **Priority creditor's name and mailing address**

Natsuko Onuma
205 East 92nd Street
Unit 25A
New York, NY, 10128

$ 23.99          $ 23.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/23/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _7_ )

---

**2.43** **Priority creditor's name and mailing address**

Nichola Gray
71 East 77th Street
Apt. 3C
New York, NY, 10075

$ 7.47          $ 7.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _7_ )

---

Debtor    Kidville Opco, LLC
          Name

20-11821-mg    Doc 1    Filed 08/08/20    Entered 08/08/20 00:08:37    Main Document
                        Pg 28 of 63        Case number (if known) _____

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

---

**2.44** Priority creditor's name and mailing address
Raquel Federowicz
2631 Arlington Avenue
Ridgewood, NY, 11385

$ 12.45     $ 12.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/15/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.45** Priority creditor's name and mailing address
Rebeca Abboud-Sieben
4 Laurel Lane
Sherman, CT, 06784

$ 66.75     $ 66.75

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
8/3/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.46** Priority creditor's name and mailing address
Red Kardasz
10334 E Bahia Dr
Scottsdale, AZ, 85255

$ 14.94     $ 14.94

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/16/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.47** Priority creditor's name and mailing address
Robin Love
612 Oak Street
Apt 9L
Key West, FL, 33040

$ 19.92     $ 19.92

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/18/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

Debtor _____
    Ridville Opco, LLC
    Name

Case number (if known) _____

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address
Ruby Tull
2464B 8th Street
Fort Lee, NJ, 07024

$ 7.47        $ 7.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
05/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )
☑ No
☐ Yes

---

**2.49** Priority creditor's name and mailing address
Samantha Fontanez
1521 Unionport Rd
Unit 7B
Bronx, NY, 10462

$ 7.47        $ 7.47

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/13/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )
☑ No
☐ Yes

---

**2.50** Priority creditor's name and mailing address
Sandhiya Mohan
160 Morgan Street
Unit 1002
Jersey City, NJ, 07302

$ 31.99        $ 31.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/14/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )
☑ No
☐ Yes

---

**2.51** Priority creditor's name and mailing address
Shannon McPherson
37 Martin Ln
Englewood, CO, 80113

$ 59.76        $ 59.76

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/22/20

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )
☑ No
☐ Yes

---

| Debtor | Ridville Opco, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.52** Priority creditor's name and mailing address
Shengyin Gu
716 Almar Avenue
Pacific Palisades, CA, 90272

Total claim: $23.99    Priority amount: $23.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/10/2020

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.53** Priority creditor's name and mailing address
Tamara Gostek
67 Belgrave Avenue
Toronto, AL, M5M3S9

Total claim: $9.96    Priority amount: $9.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/14/2020

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.54** Priority creditor's name and mailing address
Tara Ellis
515 East 89th Street
Apt. 4D
New York, NY, 10128

Total claim: $66.75    Priority amount: $66.75

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
6/24/2020

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.55** Priority creditor's name and mailing address
Ursula Johnson
55 Midland Avenue
Glen Ridge, NJ, 07028

Total claim: $15.98    Priority amount: $15.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/9/2020

**Last 4 digits of account number** _____

**Basis for the claim:**
Deposits by individuals

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Kidville Opco, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.56  Priority creditor's name and mailing address

Victoria Frommer
25 East 83rd Street
Apt 11E
New York, NY, 10028

$ 4.99      $ 4.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/11/20

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

### 2.57  Priority creditor's name and mailing address

Yukari Rymar
2650 39th St NW
Apt 1
Washington, DC, 20007

$ 17.43      $ 17.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
5/17/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

### 2.58  Priority creditor's name and mailing address

Yuko Hirao
14916 Piney Grove Ct
North Potomac, MD, 20878

$ 15.98      $ 15.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/15/2020

**Basis for the claim:**
Deposits by individuals

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )**

### 2.___  Priority creditor's name and mailing address

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )**

Debtor    20-11821-mg    Doc 1    Filed 08/08/20    Entered 08/08/20 00:08:37    Main Document
Kidville Opco, LLC                       Pg 32 of 63       Case number (if known)
Name

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**
Alison Stumpf
400 East 20th Street
Apt. MA
New York, NY, 10009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20.00

**Basis for the claim:** Uncashed check - classroom supplies

Date or dates debt was incurred    7/2/2020
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**
Austin Parker
4646 Broadway
Apt 49
New York, NY, 10040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75.00

**Basis for the claim:** Uncashed check - classroom supplies

Date or dates debt was incurred    5/12/2020
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**
BankDirect Capital Finance, LLC
P.O. Box 660448
Dallas, TX, 75266-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,131.27

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**
BDO USA, LLP
P.O. Box 642743
Pittsburgh, PA, 15264-2743

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,470.00

**Basis for the claim:** Services

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**
Benjamin R. Norton
410 Merrick Ave
East Meadow, NY, 11554

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 400.00

**Basis for the claim:** Uncashed check - classroom supplies

Date or dates debt was incurred    Various
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**
Brynne Kaynak
2052 Dennis Lane
Bethlehem, PA, 18015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 22.00

**Basis for the claim:** Uncashed check - classroom supplies

Date or dates debt was incurred    6/4/2020
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7    **Nonpriority creditor's name and mailing address**

Customers Bank
701 Reading Avenue
Reading, PA, 19611

**As of the petition filing date, the claim is:**   $ 461,241.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    04/15/2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 8    **Nonpriority creditor's name and mailing address**

Douglas Emmett 1998, LLC
1299 Ocean Avenue
Suite 1000
Los Angeles, CA, 90049

**As of the petition filing date, the claim is:**   $ 0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Guaranty of Lease - Brentwood

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 9    **Nonpriority creditor's name and mailing address**

Fedex
PO Box 371461

Pittsburgh, PA, 15250-7461

**As of the petition filing date, the claim is:**   $ 54.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 10    **Nonpriority creditor's name and mailing address**

Megan Tischhauser
411 East 78th Street
Apt. 1A
10075

**As of the petition filing date, the claim is:**   $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed check - classroom supplies

Date or dates debt was incurred    7/2/2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 11    **Nonpriority creditor's name and mailing address**

Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA, 19176

**As of the petition filing date, the claim is:**   $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Premium

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

Debtor _____    Case number (if known) _____
        Kidville Opco, LLC[?]
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 12**   **Nonpriority creditor's name and mailing address**

Street Retail Inc.
1626 E Jefferson Street
Attn: Robyn Sarrat
Rockville, MD, 20852

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Guaranty of lease

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 0.00

---

**3. 13**   **Nonpriority creditor's name and mailing address**

The Hartford
PO Box 660916
Dallas, TX, 75266-0916

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Premium

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 26,914.45

---

**3. 14**   **Nonpriority creditor's name and mailing address**

Voya Financial
PO Box 75131
Charlotte, NC, 28275-0131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ 375.00

---

**3. 15**   **Nonpriority creditor's name and mailing address**

Worthy of Love
5550 Grosvenor Blvd.
#312
Los Angeles, CA, 90066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uncashed check - classroom supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 4/23/2020
**Last 4 digits of account number** _____

$ 95.16

---

**3. ___**   **Nonpriority creditor's name and mailing address**



**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

$ _____

---

Debtor _____
      Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7436<br>Philadelphia, PA, 19101-7346 | Line ____<br>☑ Not listed. Explain:<br>**Notice Purposes Only** | _____ |
| 4.2. | New York State Dept of Taxation and Finance<br>Bankrutpcy Section<br>PO Box 5300<br>Albany, NY, 12205-0300 | Line ____<br>☑ Not listed. Explain<br>**Notice Purposes Only** | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,177.84 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 496,798.02 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 498,975.86 |

**Fill in this information to identify the case:**

Debtor name ___Kidville Opco, LLC_____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____    Chapter _7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Guaranty of Brentwood lease Lessee | Douglas Emmett 1998, LLC 1299 Ocean Avenue Suite 1000 Santa Monica, CA, 90401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | Harry R. Harwood Jr. PO Box 3827 New York, NY, 10163 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Escrow Agreement dated February 10, 2020 Purchaser | Kidville, Inc. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name ___Kidville Opco, LLC___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                           12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Kidville Bethesda, LLC | Kidville Bethesda, LLC<br>PO Box 3827<br>New York, NY 10163 | Street Retail Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.2<br><br>Kidville Brentwood, L | Kidville Brentwood, LLC<br>PO Box 3827<br>101636 | Douglas Emmett 1998, LL | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name __Kidville Opco, LLC__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 02/10/2020<br>MM / DD / YYYY   to | Filing date | ☑ Operating a business<br>☐ Other | $ ____61,894.09 |
| **For prior year:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ ____0.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ ____0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 02/10/2020<br>MM / DD / YYYY   to | Filing date | _____ | $ ____0.00 |
| **For prior year:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | _____ | $ ____0.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY   to | _____<br>MM / DD / YYYY | _____ | $ ____0.00 |

| Debtor | Kidville Opco, LLC | Case number *(if known)* |
|--------|--------------------|--------------------------|
|        | Name               |                          |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Kidville, Inc.<br>Creditor's name<br>PO Box 3827<br>New York, NY 10163 | _____<br>_____<br>_____ | $ 48,462.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | Kidville Franchise Company, LLC<br>Creditor's name<br>PO Box 3827<br>New York, NY 10163 | _____<br>_____<br>_____ | $ 9,315.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | Kidville Opco, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

<br>

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| _____ | | | |

| Case title | | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| _____ | | | |

Debtor    Kidville Opco, LLC                                    Case number (*if known*)_____
_____
Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| _____ Custodian's name | Case title | Court name and address |
| | _____ | _____ Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | _____ Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Kidville Opco, LLC

Name

Case number *(if known)*_____

| Part 6: | Certain Payments or Transfers |
|---|---|

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

| Debtor | Kidville Opco, LLC | Case number *(if known)* |
|--------|--------------------|--------------------------|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 163 East 84th Street<br>New York, NY 10028 | From 02/2020  To 07/2020 |
| 14.2. | | From _____  To _____ |

| Debtor | Kidville Opco, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Personally Identifiable Information _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Kidville Opco, LLC
_____    Case number (if known)_____
Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Vastnet<br>Name<br>900 Walt Whitman Rd<br>Melville, NY 11747<br><br>Address | | Server/books & records | ☐ No<br>☑ Yes |

Debtor ___Kidville Opco, LLC_____   Case number *(if known)*_____
      Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor      Kidville Opco, LLC
_____                  Case number *(if known)*_____
            Name

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Kidville NY, LLC<br>_____<br>Name<br>PO Box 3827<br>New York, NY 10163 | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. Kidville Franchise Company, LLC<br>_____<br>Name<br>PO Box 3827<br>New York, NY 10163 | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. Kidville Lincoln Park, ILC<br>_____<br>Name<br>PO Box 3827<br>New York, NY 10163 | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor ___Kidville Opco, LLC_____    Case number *(if known)*_____
　　　　　Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.　Carlos Mercado<br>　　　　Name<br>　　　　PO Box 3827, New York, NY 10163 | From 02/10/2020<br><br>To 07/28/2020 |
| 26a.2.　_____<br>　　　　Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.　_____<br>　　　　Name | From _____<br><br>To _____ |
| 26b.2.　_____<br>　　　　Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.　Harry R. Harwood Jr.<br>　　　　Name<br>　　　　PO Box 3827, New York, NY 10163 | |

---

Debtor    Kidville Opco, LLC
_____    Case number (*if known*)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
          Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    N/A
          _____
          Name

| Name and address |
|---|

26d.2.    _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
         Name

Debtor    Kidville Opco, LLC _____    Case number *(if known)*_____
                    Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
| Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kidville Holdings, LLC | PO Box 3827, New York, NY 10163 | Managing Member | 99 |
| Kidville Management, Corp. | PO Box 3827, New York, NY 10163 | Member | 1 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    Kidville Opco, LLC _____    Case number (*if known*)_____
　　　　　Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ Name | | |

| Relationship to debtor | |
|---|---|
| _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Kidville Opco, LLC | EIN: 84-4152598 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Kidville, Inc. 401k Plan 805935 | EIN: 76-0763470 |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/08/2020___
　　　　　　　MM  / DD  / YYYY

✖ /s/ Harry R. Harwood Jr._____    Printed name _Harry R. Harwood Jr._____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _Authorized Signatory_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name ____Kidville Opco, LLC_____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| Paycom Payroll, LLC, 7501 West Memorial Road, Oklahoma City, OK 73142 | $205,339.97 |
| Voya Financial, P.O. Box 75131, Charlotte, NC 28275 | $7,904.81 |
| Frejka PLLC, 420 Lexington Avenue Suite 310, New York, NY 10170 | $30,000.00 |
| Scott M. Sosnik, CPA LLC, 715 Holly Court, Norwood, NJ 07648 | $8,995.00 |


**17) Pension Contributions**

Kidville, Inc. 401k Plan    76-0763470
805935


**25) Other businesses in which the debtor has or has had an interest**

| | |
|---|---|
| Kidville Garden City, LLC | PO Box 3827, New York, NY 10163 |
| Kidville Besthesda, LLC | PO Box 3827, New York, NY 10163 |
| Kidville Brentwood, LLC | PO Box 3827, New York, NY 10163 |
| Kidville Union Square, LLC | PO Box 3827, New York, NY 10163 |


**31) Tax consolidation groups**

No

**United States Bankruptcy Court**

**IN RE:**                                              Case No._____

Kidville Opco, LLC
_____ Chapter ____7_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Kidville Holdings, LLC<br>PO Box 3827, New York, NY 10163 | 99 | |
| Kidville Management, Corp.<br>PO Box 3827, New York, NY 10163 | 1 | Limited partner |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Kidville Opco, LLC_____

United States Bankruptcy Court for the: __Southern District of New York___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/08/2020___
         MM / DD / YYYY

✖ /s/ Harry R. Harwood Jr.
_____
Signature of individual signing on behalf of debtor

Harry R. Harwood Jr.
_____
Printed name

Authorized Signatory
_____
Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

Southern District of New York

In re:  Kidville Opco, LLC

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____08/08/2020_____

/s/ Harry R. Harwood Jr.
_____
Signature of Individual signing on behalf of debtor

Authorized Signatory
_____
Position or relationship to debtor

Adriana Gonzalez
40 Amsterdam Avenue
Apt. 13F
New York, NY 10023

Alison Stumpf
400 East 20th Street
Apt. MA
New York, NY 10009

Alma Leon
225 Willow Lane
Valley Stream, NY 11580

Andrea Fiore
511 East 80th Street
Apt. 9G
New York, NY 10075

Aneliya Crawford
510 West 52nd Street
Apt PH1H
New York, NY 10019

Austin Parker
4646 Broadway
Apt 49
New York, NY 10040

Aysylu Mardanova
3311 Riverview Ave
Englewood, NJ 07631

BankDirect Capital Finance, LLC
P.O. Box 660448
Dallas, TX 75266-0448

BDO USA, LLP
P.O. Box 642743
Pittsburgh, PA 15264-2743

Benjamin R. Norton
410 Merrick Ave
East Meadow, NY 11554

Brynne Kaynak
2052 Dennis Lane
Bethlehem, PA 18015

Camille Matlack
33 Caton Place
Unit 3J
Brooklyn, NY 11218

Camille Wynn
125 Delancey Street
PH02
New York, NY 10002

Christina Giuliani
550 West 54th Street
Unit 31B
New York, NY 10019

Christine Hendon
2631 Arlington Ave
Bronx, NY 10463

Courtney McGraw
PO Box 146
Edgewater, NJ 07020

Courtney Statfeld
305 East 86th Street
Apt. 22GW
New York, NY 10028

Customers Bank
701 Reading Avenue
Reading, PA 19611

Dana Mazo
100 Jay Stree
Unit 30D
Brooklyn, NY 11201

Darryl Chiang
940 Park Avenue
Apt. 7B
New York, NY 10028

David Choi
110 West 90th Street
New York, NY 10024

Douglas Emmett 1998, LLC
1299 Ocean Avenue
Suite 1000
Los Angeles, CA 90049

Douglas Emmett 1998, LLC
1299 Ocean Avenue
Suite 1000
Santa Monica, CA 90401

Emma Ye
408 W Main St
Unit 3C
Alhambra, CA 91801

Ester Vallet
350 West 42nd St.
Apt. 55D
New York, NY 10036

Eva Bonime
180 West End Avenue
Apt. 3F
New York, NY 10023

Fedex
PO Box 371461
Pittsburgh, PA 15250-7461

Harry R. Harwood Jr.
PO Box 3827
New York, NY 10163

Internal Revenue Service
Centralized Insolveny Operation
PO Box 7436
Philadelphia, PA 19101-7346

Jason Hsu
150 East 37th Street
Apt. PHA
New York, NY 10016

Jeanette MacLean
371 Sargent Road
Boxborough, MA 01719

Jessica DuLong
375 Lincoln Pl.
Brooklyn, NY 11238

Jessica Holmes
555 West 53rd Street
Apt. 1062
New York, NY 10019

Jessica Van Dalsum
11 Dustin Dr
Nashua, NH 03062

Josh Diamond
414 Albemarle Road
Brooklyn, NY 11218

Judy Minkoff
529 W. 42nd Street
Apt 8Z
New York, NY 10036

Juleen Yeoh
290 West End Ave
Apt. 7C
New York, NY 10023

Kathryn Roland
67 Hilton Ave
C4
Garden City, NY 11530

Kidville Brentwood, LLC
PO Box 3827

Kidville, Inc.

Kingston Arrington
7067 Hawthorn Avenue
Apt 12
Los Angeles, CA 90028

Kumiko Matsumoto
7701 Woodmont Ave
Bethesda, MD 20814

Larisa Courtien
68-46 Clyde Street
Forest Hills, NY 11375

Lia Simmons
1 Citoen Way
Apt. 13F
Parsippany, NJ 07054

Libby Tuttle
424 White Oak Drive
Morton, IL 61550

Lin Jiao
10833 Wilshire Blvd/
Apt. 516
Los Angeles, CA 90024

Lisa Cuzmici
978 Shelburne Drive
Franklin Square, NY 11010

Lisa Zucker
15 Phyllis Place
Randolph, NJ 07869

Megan Tischhauser
411 East 78th Street
Apt. 1A

Meghan Carrelli
6 Fernwood Road
Summit, NJ 07901

Melissa Patel
36 Hickory Street
Metuchen, NJ 08840

Michelle Michael
225 West 60th Street
Apt 12B
New York, NY 10023

Mihoko Kondo
22 Fairview Ave
Unit 2H
New York, NY 10040

Natalie Fleming
7717 Chatham Road
Chevy Chase, MD 20815

Natalie Olivier
5207 S Indiana Ave
Unit 3
Chicago, IL 60615

Natasa Simovska-Poposki
555 West 52nd Street
New York, NY 10019

Natsuko Onuma
205 East 92nd Street
Unit 25A
New York, NY 10128

New York State Dept of Taxation and Finance
Bankrutpcy Section
PO Box 5300
Albany, NY 12205-0300

Nichola Gray
71 East 77th Street
Apt. 3C
New York, NY 10075

Philadelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176

Raquel Federowicz
2631 Arlington Avenue
Ridgewood, NY 11385

Rebeca Abboud-Sieben
4 Laurel Lane
Sherman, CT 06784

Red Kardasz
10334 E Bahia Dr
Scottsdale, AZ 85255

Robin Love
612 Oak Street
Apt 9L
Key West, FL 33040

Ruby Tull
2464B 8th Street
Fort Lee, NJ 07024

Samantha Fontanez
1521 Unionport Rd
Unit 7B
Bronx, NY 10462

Sandhiya Mohan
160 Morgan Street
Unit 1002
Jersey City, NJ 07302

Shannon McPherson
37 Martin Ln
Englewood, CO 80113


Shengyin Gu
716 Almar Avenue
Pacific Palisades, CA 90272


Street Retail Inc.
1626 E Jefferson Street
Attn: Robyn Sarrat
Rockville, MD 20852


Tamara Gostek
67 Belgrave Avenue
Toronto, AL M5M3S9


Tara Ellis
515 East 89th Street
Apt. 4D
New York, NY 10128


The Hartford
PO Box 660916
Dallas, TX 75266-0916


Ursula Johnson
55 Midland Avenue
Glen Ridge, NJ 07028


Victoria Frommer
25 East 83rd Street
Apt 11E
New York, NY 10028


Voya Financial
PO Box 75131
Charlotte, NC 28275-0131


Worthy of Love
5550 Grosvenor Blvd.
Los Angeles, CA 90066


Yukari Rymar
2650 39th St NW
Apt 1
Washington, DC 20007


Yuko Hirao
14916 Piney Grove Ct
North Potomac, MD 20878

# United States Bankruptcy Court

### Southern District of New York

**In re** Kidville Opco, LLC

Case No. _____

**Debtor**

Chapter <u>7</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>6,320.00</u>

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ <u>6,320.00</u>

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

[ ] <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

? All consultations to prepare and file the original petition, schedules and accompanying documents as required by the United State Bankruptcy Code;

? Preparation of the written consent to the filing, schedules and accompanying documents as required by the United State Bankruptcy Code;

? Special written and/or telephone notice to creditors advising them of the Court?s automatic stay.  The Bankruptcy Court will provide notice official notice to all creditors within three (3) to four (4) weeks of filing;

? Appearance at initial, and any continued, meeting of creditors;

? Communications with creditors and Chapter 7 Trustee and responding to inquiries regarding the bankruptcy filing; and

? General communications with Client throughout the period of the bankruptcy

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

N/A

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/08/2020

*Date*

/s/ Elise S. Frejka, EF6896

*Signature of Attorney*

Frejka PLLC

*Name of law firm*

420 Lexington Avenue
Suite 310
New York, NY 10170
(212) 641-0800
efrejka@frejka.com