# STEVEN G. LEGUM
Attorney at Law
170 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

STEVEN G. LEGUM
GINA L. BIASI

(516) 873-9300
Telecopier
(516) 248-0500

September 22, 2020

Hon. Martin Glenn
United States Bankruptcy Judge
Courthouse
One Bowling Green
New York, New York 10004

Re: *Kidville Franchise Company, LLC*
20-11822

Dear Judge Glenn:

I represent BankDirect Capital Finance which has filed a motion to lift the stay. The motion is returnable on September 29, 2020.

I have resolved the issue with counsel for the trustee. Accordingly, I hereby withdraw BankDirect's motion.

Respectfully,

STEVEN G. LEGUM

SGL/fd