LaMONICA HERBST & MANISCALCO, LLP          Objection Deadline: November 6, 2020
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500
Gary F. Herbst, Esq.
Cristina Lipan, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                           Chapter 7
    KIDVILLE OPCO, LLC, et al.,[1]                         Case No.: 20-11821 (MG)
                                                                 (Jointly Administered)
                  Debtors.
----------------------------------------------------------------x

**NOTICE OF ABANDONMENT OF THE ESTATES' INTEREST IN AND
TO (1) THE PREMISES LOCATED AT 4825 BETHESDA AVENUE,
BETHESDA, MARYLAND 20814, (2) THE PREMISES LOCATED AT 11740
SAN VINCENTE BLVD., SUITE 107, LOS ANGELES, CALIFORNIA 90049,
(3) THE PREMISES LOCATED AT 960 FRANKLIN AVENUE, GARDEN
CITY, NEW YORK 11530, AND (4) THE EQUIPMENT, INVENTORY,
FURNITURE, FIXTURES AND PERSONAL EFFECTS LOCATED AT
EACH OF THE PREMISES, EXCEPT BOOKS AND RECORDS**

**TO: LIMITED LIST OF CREDITORS AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), notice is hereby given by Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estates of Kidville Opco, LLC, Kidville Franchise Company, LLC, Kidville NY, LLC, Kidville Union Square, LLC, Kidville Bethesda, LLC, Kidville Garden City, LLC, Kidville Brentwood, LLC, Kidville Lincoln Park, LLC (together, the "Debtors"), through his counsel LaMonica Herbst & Maniscalco, LLP, of the proposed abandonment (the "Abandonment") of his right, title and interest in the following

---

[1] The Debtors are: Kidville Opco, LLC (20-11821), Kidville Franchise Company, LLC (20-11822), Kidville NY, LLC (20-11823), Kidville Union Square, LLC (20-11824), Kidville Bethesda, LLC (20-11825), Kidville Garden City, LLC (20-11826), Kidville Brentwood, LLC (20-11827), Kidville Lincoln Park, LLC (20-11828).

property: (1) the premises located 4825 Bethesda Avenue, Bethesda, Maryland 20814, (2) the premises located at 11740 San Vincente Blvd., Suite 107, Los Angeles, California 90049, (3) the premises located at 960 Franklin Avenue, Garden City, New York 11530, and (4) the equipment, inventory, furniture, fixtures and personal effects located at each of the premises, except books and records. The Trustee, in his business judgment, has determined that the Property he is proposing to abandon has less value than the cost to maintain and store the Property and therefore, the Property has no value to the Debtors' estates and is burdensome to the estates.

**PLEASE TAKE FURTHER NOTICE**, that the abandonment shall be deemed effective on **November 9, 2020**.

**PLEASE TAKE FURTHER NOTICE**, that the abandonment is not intended to be, nor shall it be construed as, an abandonment of any other assets, claims or rights of the Trustee or the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE**, that objections (the "Objections") to the abandonment of the Property, if any, must be in writing, conform with the Bankruptcy Code and the Bankruptcy Rules, state with particularity the grounds therefor and be filed with the United States Bankruptcy Court, Southern District of New York (the "Court"), with a courtesy copy to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, counsel for the Trustee, Attn: Gary F. Herbst, Esq., no later than **November 6, 2020** as follows: (a) (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov; and (ii) in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number,

type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

    **PLEASE TAKE FURTHER NOTICE,** that if no Objections are filed, the estates' interest in the Property will be deemed abandoned by operation of law.

    **PLEASE TAKE FURTHER NOTICE,** that in the event Objections are filed with the Court and served upon the undersigned, there will be a hearing scheduled and held before the Honorable Martin Glenn, United States Bankruptcy Judge, to consider any such Objections, notice of which will be given to all known creditors and parties in interest by the Trustee.

Dated:  October 22, 2020  
         Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**  
*Proposed Counsel to Salvatore LaMonica, Chapter 7 Trustee*

By:  *s/ Gary F. Herbst*  
     Gary F. Herbst, Esq.  
     Cristina M. Lipan, Esq.  
     3305 Jerusalem Avenue, Suite 201  
     Wantagh, New York 11793  
     Telephone: (516) 826-6500

3