**SALVATORE LAMONICA, ESQ.**
Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
(516) 826-6500 - Telephone
(516) 826-0222 - Facsimile

December 11, 2020

**<u>Via Electronic Filing and First Class Mail</u>**
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re: **<u>Kidville Opco, LLC</u>**
       **<u>Chapter 7</u>**
       **<u>Case No. 20-11821-MG</u>**

Dear Sir/Madam:

  Please be advised that I am the Trustee in the above referenced bankruptcy case.

  This case is now an asset case, which may permit me to make a distribution to creditors of the estate. Therefore, it is now necessary for a notice to be sent to the creditors pursuant to Bankruptcy Rule 3002(c)(5) and 2002(f)(3) advising them of the need to file a Proof of Claim in order for them to participate in any eventual distribution.

  Thank you for your courtesies.

            Respectfully Submitted,

            *s/ Salvatore LaMonica*
            Salvatore LaMonica

SL:dg